

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2019

No. 04-19-00424-CR

Steven **ROBLES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR7479
Honorable Catherine Torres-Stahl, Judge Presiding

**ORDER**

This appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on August 21, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2019.

_____
Keith E. Hottle, Clerk of Court